**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

Eastern District of Kentucky
**FILED**

JAN 2 6 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 6: 23-CR-004- CHB
**21 U.S.C. § 846**

**WILLIAM PATTERSON,
aka CHILL WILL, and
BRIAN PATTERSON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning on or about a day in January 2020, the exact date unknown, and

continuing through on or about January 20, 2023, in Bell County, in the Eastern District

of Kentucky, and elsewhere,

**WILLIAM PATTERSON,
aka CHILL WILL,
and BRIAN PATTERSON**

did conspire together and with others to knowingly and intentionally distribute 500 grams

or more of a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of

21 U.S.C. § 846.

**A TRUE BILL**

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**If prior serious drug or violent felony conviction:** Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**If two or more prior serious drug or violent felony convictions:** Not less than 25 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:**      Mandatory special assessment of $100.

**PLUS:**      Restitution, if applicable.